UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Regents of the University
of Minnesota,

                Plaintiff,

                                          Civ. No. 06-5084 (RHK/JSM)
                                          **ORDER**

v.

United States of America,

                Defendant.

---

     This matter is before the Court on the Government's Motion to Stay the proceedings in this case and its Rule 56(f) request.  On October 11, 2007, the Court held a telephone conference with counsel to address these issues.

     Based on all the files, records, and proceedings herein, **IT IS ORDERED** that:

1.     The Government's Motion to Stay (Doc. No. 29) is **DENIED**;

2.     The Government's Rule 56(f) request is **GRANTED IN PART** and the Pretrial Scheduling Order (Doc. No. 18) is **AMENDED** as follows:

    a. Discovery shall be completed by December 21, 2007;

    b. The Government's Memorandum in Response to the University's Motion for Summary Judgment shall be served and filed by January 24, 2008;

    c. The University's Reply Memorandum shall be served and filed by February 12, 2008; and

    d. The hearing on the University's Motion for Summary Judgment, currently scheduled for October 17, 2007 is **CANCELED**; and

3. The Court will hear oral argument with respect to the University's Motion for Summary Judgment at 8:00 a.m. on February 21, 2008 in St. Paul, Minnesota.

Date:  October  12 , 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge